HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WALKER SPECIALTY CONSTRUCTION, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>BMT-NW ACQUISITION, LLC, a Delaware limited liability company, et al.,<br><br>Defendants. | No. 12-cv-5386-RBL<br><br>ORDER<br><br>(Dkt. #11) |

Having reviewed the pleadings and all briefing before the Court, Defendant's Motion to Dismiss (Dkt. #11) is **DENIED**.

Dated this 16 day of August 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE